# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150753

In re CHARLES PORTUS

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Appellee,

v

CHARLES PORTUS,
      Appellant.

_____/

SC: 150753
COA: 309197
Oakland Probate Court:
   1976-017337-MI

On order of the Court, the application for leave to appeal the December 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. "[F]or obvious reasons founded in fairness and justice, time provisions are often found to be directory where a mandatory construction might do great injury to persons not at fault, as in a case where slight delay on the part of a public officer might prejudice private rights or the public interest." *In re Bail Bond Forfeiture (People v Gaston)*, 496 Mich 320, 329 (2014). In light of the appellant's own admissions that he fantasizes about kidnapping children, that his fantasies are both sexual and violent, and that he poses a danger to the public, this is such a case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015 _____



Clerk

a0930